1870.]    KNICKERBOCKER LIFE INS. CO. *v.* BARKER.    241

Syllabus.    Statement of the case.    Opinion of the Court.

# KNICKERBOCKER LIFE INSURANCE COMPANY
*v.*
## EDWARD BARKER.

PLEADING—*nil debet*—*when not a proper plea.* The plea of *nil debet* is not a good plea to an action of debt brought upon a judgment rendered in another State.

APPEAL from the Superior Court of Chicago; the Hon. JOSEPH E. GARY, Judge, presiding.

This was an action of debt, brought by Edward Barker against the Knickerbocker Life Insurance Company, to recover upon a judgment rendered against defendants in the circuit court of Milwaukee county, in the State of Wisconsin. Defendants pleaded *nil debet* and *nul tiel record.* To the plea of *nil debet* a demurrer was interposed, and sustained by the court, and judgment rendered on the demurrer. To reverse this judgment the defendants appeal, and assign for error the sustaining of plaintiff's demurrer.

Mr. O. B. SANSUM, for the appellants.

Messrs. BARKER & LACKNER, for the appellee.

Per CURIAM: The only question presented by this record is, whether *nil debet* is a good plea to an action of debt brought upon a judgment rendered in another State. It has several times been decided by this court that it is not.

*Judgment affirmed.*